Law Offices Of:
HARRISON & MATSUOKA

WILLIAM A. HARRISON   #2948
841 Bishop Street, Suite 800
Davies Pacific Center
Honolulu, Hawaii 96813
Telephone Number: 523-7041
Facsimile: 538-7579
E-mail:wharrison@hamlaw.net

Attorney for Defendant
SHAWN PADILLA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 29 2004

at \_\_\_ o'clock and \_\_\_ min. \_\_M
WALTER A. Y. H. CHINN, CLERK

LODGED

APR 28 2004

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 03-00496 (HG) |
| Plaintiff, ) | **EIGHTH STIPULATION TO MODIFY TERMS OF PRE-TRIAL SUPERVISION AND ORDER** |
| vs. ) | |
| SHAWN PADILLA (07) ) | |
| Defendant. ) | |

### EIGHTH STIPULATION TO MODIFY TERMS OF PRE-TRIAL SUPERVISION AND ORDER

Comes now the UNITED STATES OF AMERICA and Defendant SHAWN PADILLA (hereinafter Defendant "PADILLA") above named, by and through their respective counsel undersigned, and hereby stipulate and agree that the condition of pre-trial supervision requiring Defendant PADILLA to undergo electronic monitoring shall be modified. Defendant PADILLA shall be allowed to be free of the electronic monitoring requirement from April 16, 2004 until April 19, 2004 so that he may participate in an extreme fighting tournament

in Kona.

**All other pre-trial conditions be and shall remain the same.**

DATED at Honolulu, Hawaii, APR 29 2004

_____
CHRIS A. THOMAS
Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated: Honolulu, Hawaii, April 26, 2004.

Law Offices Of:
HARRISON & MATSUOKA

_____
WILLIAM A. HARRISON
Attorney for Defendant
SHAWN PADILLA

_____
ALISON THOM
Pre-Trial Services

APPROVED AND SO ORDERED:

KEVIN S.C. CHANG
_____
JUDGE OF THE ABOVE-ENTITLED COURT

2

UNITED STATES OF AMERICA vs. SHAWN PADILLA; CR. NO. 03-00496HG; **EIGHTH STIPULATION TO MODIFY TERMS OF PRE-TRIAL SUPERVISION AND ORDER**