AO 422 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

UNITED STATES OF AMERICA

V.

SHAWN PADILLA
Keopu Mauka
Holualoa
(Name and Address of Defendant)

WARRANT FOR ARREST

Case Number: CR 03-00496 HG

**SEALED BY ORDER OF THE COURT**

YOU ARE HEREBY COMMANDED TO ARREST SHAWN PADILLA and bring him or her forthwith to the nearest district/ magistrate judge to answer an Indictment, charging him or her with (brief description of offense)

Conspiracy to possess w/intent to distribute methamphetamine - Ct 1.
Possession w/intent to distribute methamphetamine - Ct 2.
Use of a communication facility - Ct 5.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 6 2007

at 10 o'clock and 00 min. A M
SUE BEITIA, CLERK

in violation of Title 21; 18 United States Code, Section(s) 846, 841, 843(b); 2.

| Walter A.Y.H. Chinn | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| | October 8, 2003 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL    By: Leslie E. Kobayashi, United States Magistrate Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| Date Received | NAME AND TITLE OF ARRESTING OFFICER<br>Special Agent<br>Rachel A Byrd | SIGNATURE OF ARRESTING OFFICER<br>Rachel A Byrd |
| Date of Arrest OCT 2 6 2003 | | |